Joseph H. Harrington
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

**FILED IN THE U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

JUL 10 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL RODRIGUEZ-SANTOS, <br><br> Defendant. | **1:18-CR-2042-SMJ** <br><br> INDICTMENT <br><br> 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) <br> Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine <br> (Count 1) <br><br> 18 U.S.C. § 924(c)(1)(A) <br> Possession of Firearm in Furtherance of Drug Trafficking Crime <br> (Count 2) <br><br> 18 U.S.C. §§ 922(g)(5), 924 <br> Alien in Possession of a Firearm and Ammunition <br> (Count 3) <br><br> 21 U.S.C. §§ 853 & 924 and 28 U.S.C. § 2461 <br> Notice of Criminal Forfeiture |

The Grand Jury charges:

COUNT 1

On or about April 10, 2018, in the Eastern District of Washington, the Defendant, DANIEL RODRIGUEZ-SANTOS, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance

INDICTMENT                                          1

containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 2

On or about April 10, 2018, in the Eastern District of Washington, the Defendant, DANIEL RODRIGUEZ-SANTOS, knowingly possessed a firearm, to wit: a Cobra Enterprises of Utah, Inc. pistol, model CA 380, .380 Auto caliber, bearing serial number CP040451, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute methamphetamine; in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3

On or about April 10, 2018, in the Eastern District of Washington, the Defendant, DANIEL RODRIGUEZ-SANTOS, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Cobra Enterprises of Utah, Inc. pistol, model CA 380, .380 Auto caliber, bearing serial number CP040451, and 20 rounds of Dynamic Research Technologies, .380 Auto caliber ammunition bearing headstamp "DRT 380 Auto"; which firearm and ammunition had been shipped and transported in interstate and foreign commerce; all in violation of 18 U.S.C. §§ 922(g)(5), 924.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as alleged in Count One of this Indictment, the Defendant, DANIEL RODRIGUEZ-SANTOS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s), the property to be forfeited includes, but is not limited to:

- a Cobra Enterprises of Utah, Inc. pistol, model CA 380, .380 Auto caliber, bearing serial number CP040451, and

- 20 rounds of Dynamic Research Technologies, .380 Auto caliber ammunition bearing headstamp "DRT 380 Auto".

If any forfeitable property, as a result of any act or omission of the Defendant(s):

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

INDICTMENT                                3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 924(c) and 922(g), as alleged in Counts Two and Three of this Indictment, the Defendant, DANIEL RODRIGUEZ-SANTOS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- a Cobra Enterprises of Utah, Inc. pistol, model CA 380, .380 Auto caliber, bearing serial number CP040451, and

- 20 rounds of Dynamic Research Technologies, .380 Auto caliber ammunition bearing headstamp "DRT 380 Auto".

DATED:  July 10, 2018.

A TRUE BILL

Joseph H. Harrington
United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT                                             4