PS3 (12/05-Rev. for PACTS 6/11)                                          Daniel Rodriguez-Santos/1:18CR02042-SMJ-1

In accordance with Title 18 U.S.C. § 3153(c)(1), Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential.

# PRETRIAL SERVICES REPORT

| | |
|---|---|
| **District/Office**<br>Eastern District of Washington/Yakima<br>**Judicial Officer**<br>The Honorable Mary K. Dimke<br>U.S. Magistrate Judge<br>**Docket Number (Year – Sequence No. – Def. No.)**<br>1:18CR02042-SMJ-1 | **Charge(s) (Title, Section, and Description)**<br>**Count 1**: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) - Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine<br><br>**Count 2**: 18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br><br>**Count 3**: 18 U.S.C. §§ 922(g)(5), 924 - Alien in Possession of a Firearm and Ammunition |

## DEFENDANT

| Name | Employer/School |
|---|---|
| Daniel Rodriguez-Santos | Unknown |
| **Other Names on Charging Document** | |
| Not applicable | |
| **Address** | **Employer/School Address** |
| Unknown | Unknown |

| Time at Address | Time in Community | Monthly Income | Time with Employer/School |
|---|---|---|---|
| Unknown | Unknown | Unknown | Unknown |

**INTRODUCTION:**

On July 16, 2018, the defendant will make an initial appearance before the Honorable Mary K. Dimke, U.S. Magistrate Judge in Yakima and Richland, Washington. The defendant was not interviewed for the purpose of the pretrial services report at the request of his attorney. His attorney's representative advised they will either waive or request a continuance in regard to detention as they are looking into a release plan for Mr. Rodriguez-Santos. Unless stated otherwise, information contained in this report was taken from law enforcement authorities.

PS3 (12/05-Rev. for PACTS 6/11)                               Daniel Rodriguez-Santos/1:18CR02042-SMJ-1

**PRIOR RECORD:**

Criminal history information for this report was gathered through a search of the Washington State Judicial Information System (JIS), Access to Law Enforcement Systems (ATLAS), Law Enforcement Records Management System (LERMS) and Yakima County Sheriff's Office Database (Spillman).

Based on the aforementioned records, the defendant, age 37, was born on May 11, 1981, in Mexico, and is a citizen of Mexico.

According to the case agent, Mr. Rodriguez-Santos currently has an immigration hold.

| **Date of Arrest** | **Charge/Agency** | **Date Sentence Imposed/Disposition** |
|---|---|---|
| 04/17/2000 (age 18) | Immigration Encounter U.S. Immigration and Customs Enforcement, Douglas, AZ #unknown | 04/17/2000: voluntary return to Mexico through Douglas, Arizona |
| 09/13/2010 (age 29) | Third Degree Driving While License Suspended Yakima Municipal Court, Yakima, WA #G00066607 | 01/26/2011: 90 days jail, suspended; $185 fine; $346 financial obligations |

The defendant failed to appear on January 24, 2011, resulting in the issuance of a warrant. The warrant has been returned.

| | | |
|---|---|---|
| 12/29/2012 (age 31) | No Valid Operator's License With Valid Identification Yakima County District Court, Yakima, WA #2Z0906609 | 01/11/2013: $350 fine |
| 03/22/2017 (age 35) | No Valid Operator's License With Valid Identification Yakima County District Court, Yakima, WA #7Z0089902 | 09/19/2017: $350 fine |

The defendant was originally charged with third degree driving while license suspended.

Mr. Rodriguez-Santos failed to appear on June 6, 2017, resulting in a continuance.

Page 2

| | | |
|---|---|---|
| 04/10/2018 (age 36) | Ct. 1: Controlled Substance Violation Amphetamine/ Methamphetamine<br>Ct. 2, 3: Controlled Substance Violation<br>Ct. 4: Alien Unlawful Possess Firearm<br>Yakima County Superior Court, Yakima, WA<br>#18-1-00761-1 | 07/11/2018:<br>Cts. 1-4: dismissed without prejudice |

This matter is related to the instant federal offense.

The court docket does not indicate if a bond was set for this matter. However, the Yakima County Jail website notes bond was set at $75,000 on an unknown date.

The case agent stated the defendant has remained in continuous custody since his initial arrest date for this matter.

In addition to the above-listed matters the defendant received 13 infractions from August 25, 2005, through March 22, 2017. Infractions were issued for no valid operator's license with valid identification (three times); failure to signal stops/turns; prohibited/improper turn; no insurance (five times); expired vehicle license; operation without headlights when required; and failure to wear safety belt.

**ARREST BEHAVIOR**

According to the case agent, Mr. Rodriguez-Santos was compliant at the time of his original state arrest on April 10, 2018. He was arrested at his last known residence in the 1300 block of 12th Avenue in Yakima, Washington. The agent indicated the defendant appears to have been living at that address alone and was not employed at the time of his arrest. The case agent further stated Mr. Rodriguez-Santos' girlfriend was present during his arrest. His girlfriend admitted to being a drug user and was found with user amount of methamphetamine in her purse. She was subsequently charged locally for the drug(s). The defendant was served with the instant federal offense warrant while in state custody.

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. History of failure to appear
2. Unemployed
3. Foreign citizenship
4. Illegal alien
5. Prior voluntary return to Mexico
6. Ties to a foreign country

7. Unknown family, community, residence, education, employment, finances, property or health

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of instant offense

**RECOMMENDATION:**

Based on the above information, it appears no condition or combination of conditions can be imposed by the Court that would reasonably assure the defendant's appearance in Court and the safety of the community. Therefore, continued detention of the defendant is recommended pending adjudication of the matter.

| Pretrial Services Officer<br><br>s/Erica Helms<br>Erica Helms, U.S. Probation Officer | Date<br><br>07/13/2018 | Time<br><br>2:47 p.m. |
|---|---|---|
| Reviewed By<br><br>s/Rebecca M. Nichols<br>Rebecca M. Nichols, Deputy Chief U.S. Probation Officer | | |