UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL RODRIGUEZ-SANTOS,

Defendant.

No. 1:18-cr-02042-SMJ

VERDICT FORM

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 07 2019

SEAN F. McAVOY, CLERK
_____, DEPUTY
RICHLAND, WASHINGTON

**COUNT ONE**

We, the jury in the above-captioned case, find the defendant, Daniel Rodriguez-Santos, ___Guilty___ (write not guilty or guilty) of the offense of possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), as charged in Count One of the indictment.

If you find the defendant not guilty, do not consider the paragraph below. If you find the defendant guilty as charged, proceed to the paragraph below.

We, the jury in the above-captioned case, having found the defendant, Daniel Rodriguez-Santos, guilty of the offense of possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), as charged in Count One of the indictment, further unanimously find that he possessed with intent to

VERDICT FORM - 1

distribute methamphetamine, in the amount shown below (place an X in the appropriate box):

A mixture containing methamphetamine

    (1)    weighing fifty grams or more [X], or

    (2)    weighing less than fifty grams [ ].

## COUNT TWO

We, the jury in the above-captioned case, find the defendant, Daniel Rodriguez-Santos, _Guilty_ (write not guilty or guilty) of the offense of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), as charged in Count Two of the indictment.

**DATED** this 7th day of May 2019.